Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**FILED**
**IN CLERKS OFFICE**

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

2021 JAN 26 AM 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

PERICLES CLERGEAU

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Department of Correction, et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PERICLES CLERGEAU |
| Street Address | 1 Harvard Rd  P.O. Box 8000 |
| City and County | Shirley - Worcester |
| State and Zip Code | MA  01464 |
| Telephone Number | |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

2.   Provide the correct civil action number of your case on both the document and the front of the envelope in which it is enclosed.

3.   Sign all documents you file with the court.  Place the words "PRO SE" after your name.  Place your address and telephone number on all documents.

The Customer Services Section of the United States District Court Clerk's Office in Boston is located in Suite 2300, United States Courthouse, 1 Courthouse Way, Boston, MA 02210.  Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday.

If you are located in the Worcester or Springfield area you may contact one of the divisional offices as indicated below:

United States District Court
Donohue Federal Building
595 Main Street - Room 502
Worcester, MA  01608
(508) 929-9900

United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103
(413) 785-0015

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

Name    *Department of Correction*

Job or Title *(if known)*    *Agency of the Commonwealth*

Street Address    *50 Maple St Suite 3*

City and County    *Milford - Middlesex*

State and Zip Code    *MA 01757*

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name    *Alexander P. Lussier*

Job or Title *(if known)*    *Correctional Officer*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name    *Nicholas M Polak*

Job or Title *(if known)*    *Correctional Officer*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name    *Joseph R. Sampson*

Job or Title *(if known)*    *Ex Correctional Officer*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**II.**     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.  42 USC s 1983 ; 42 USC s 12101 ; 8th Amendment
42 USC s 1997

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
          The plaintiff, *(name)* _____ , is a citizen of the
          State of *(name)* _____ .

   b.     If the plaintiff is a corporation
          The plaintiff, *(name)* _____ , is incorporated
          under the laws of the State of *(name)* _____ ,
          and has its principal place of business in the State of *(name)*
          _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the
   same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
          The defendant, *(name)* _____ , is a citizen of
          the State of *(name)* _____ . Or is a citizen of
          *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was threatened and singled out due to his mental illness by officer causing the plaintiff to have a mental health episode. After that event Plaintiff was subdued and placed in handcuffed and shackles and was assaulted by officers using excessive use of force where no officer present intervened but helped to cover the event by lying on reports. Defendants have not practed retaliation or remedied the sistematic deficiencies on medical services
see EX A for full detail in complaint
see EX C = investigative report

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Expectation Damages, Actual Damages in the amount of $100,000.00 from each defendant individually for constitutional violations. Presumed Damages due to tortious acts this is to include declatory and injunctive relief and punitive damages to discourage the abuse. These acts are still ongoing and Plaintiff keeps on submitting grievances to continue a record

see EX B - physical injuries
see EX D - Exhaustion of Administrative Remedies

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      1-20-21

Signature of Plaintiff

Printed Name of Plaintiff      Pericles Clergeau

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address