**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Pericles Clergeau | COURT CASE NUMBER: 1:21-CV-10136-LTS |
| DEFENDANT: Dept. of Corr. et al | TYPE OF PROCESS: Services |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Joseph R. Sampson
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 50 Maple St, Suite 3, Milford, MA 01757

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Pericles Clergeau
P.O. Box 8000
Shirley, MA 01464

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 11
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Alt. 50 Maple Street - Suite 3, Milford, MA 01757

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 4/2/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below) ☒

Date: 5/24/21   Time: 9:40 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

**REMARKS**

No longer works for DOC.

1 DUSM 2 hour 57 miles rd trip. JL

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE