UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION No. 21-10136-LTS

**PERICLES CLERGEAU,** *pro se*
　Plaintiff

　v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,**
　Defendants

### DOC DEFENDANTS' RESPONSE TO SERVICE ORDER

The Court has ordered the undersigned Department of Correction (DOC) staff counsel, who represents in this case, the DOC defendants who have been served, to inform the Court whether defendants Steven Silva, Nicholas Polak, and Joseph R. Sampson will provide home addresses for service of process or whether counsel will accept service on their behalf.

Purported defendant Steven Silva retired from state service in February 2019; he has requested that undersigned counsel accept service on his behalf. Purported defendant Nicholas Polak works at the North Central Correctional Institution in Gardner, MA, and may be served there. Purported defendant Joseph Sampson is no longer employed by the DOC, and undersigned counsel will provide the home address the DOC has on record under seal to the U.S. Marshal.

### Conclusion

Steven Silva may be served at the DOC Legal Division, attention Margaret Melville, 70 Franklin St. Suite 600, Boston MA 02110;

Nicholas Polack may be served at NCCI, 500 Colony Rd., Gardner, MA 01440.

Joseph Sampson's home address may be obtained by calling undersigned counsel at her office: 617-727-3300, ext. 1149. She will be out of the office between July 5 and July 12, 2021.

                Respectfully submitted,

                **NANCY ANKERS WHITE**
                **Special Assistant Attorney General**

Dated: July 5, 2021                /s/Margaret S. Melville
                Margaret S. Melville
                B.B.O. #477970
                Senior Litigation Counsel
                Department of Correction
                Legal Division
                70 Franklin Street, Suite 600
                Boston, MA  02110
                (617) 727-3300 x1149
                Margaret.Melville@Massmail.state.ma.us

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by First Class Mail at his address of record, and by complying with this Court's directives on electronic filing.

Dated: 7/05/2021                Signed: /s/ Margaret S. Melville