UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PERICLES CLERGEAU,

Plaintiff,

v.

DEPARTMENT OF CORRECTION, et al.,

Defendants.

Civil No. 21-10136-LTS

ORDER

July 6, 2021

SOROKIN, J.

The Clerk shall issue a summons for Steven Silva, to be served at the DOC Legal Division, attention Margaret Melville, 70 Franklin St., Suite 600, Boston MA 02110 and for Nicholas Polak, to be served at NCCI, 500 Colony Rd., Gardner, MA 01440. In addition, the Clerk shall issue a summons for Joseph Sampson with no address for service listed. The DOC shall provide Mr. Sampson's home address, under seal, to the United States Marshals Service ("USMS") for service by the USMS. The Clerk shall redact the return of service so that the home address of Mr. Sampson does not appear on the docket. Plaintiff shall have 60 days from today to complete service on these three persons.

Plaintiff is responsible for ensuring that (a) the defendants are served with a summons, the complaint, and this order; and (b) said service is executed in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Because Plaintiff is proceeding in forma pauperis, he may elect to have USMS complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff,

the USMS shall serve the summonses, complaint, and this order on the defendants as directed by the plaintiff. Plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge