```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

                                    CIVIL ACTION No. 21-10136-LTS

**PERICLES CLERGEAU**, *pro se*
    **Plaintiff**

    **v.**

**MASSACHUSETTS DEPARTMENT OF CORRECTION**, **et al.**,
    **Defendants**

### MOTION OF DEFENDANTS TO ENLARGE TIME TO TAKE PLAINTIFF'S DEPOSITION

Defendants the Massachusetts Department of Correction, Commissioner Carol A. Micci, Dean Gray, Christopher Shaw, David Keeler, Steven Silva, and Alexander Lussier move this Court for an enlargement of time to take the plaintiff's deposition, to and including **February 28, 2023.** As reasons, the defendants state the following.

The Complaint brings claim based on the plaintiff-inmate's lengthy mental health history, correctional policies relating to seriously mentally ill inmates, and alleged uses of force. The plaintiff is a pro se inmate and his allegations and claims are complex and confusing. The claims are brought under the Americans with Disabilities Act (ADA), 42 USC §12131, Retaliation under the ADA; the Eighth Amendment; and other claims. The plaintiff alleges almost daily conduct by the DOC defendants. All of the allegations and claims among the defendants are so complex that the Court has

referred the case to the Federal Pro Se Bar seeking representation of Mr. Clergeau. To date, no attorney has been appointed to represent him.

Undersigned counsel has not taken Mr. Clergeau's deposition while anticipating appointment of counsel for him. At this time, in the interest of moving the case forward and avoiding any further delay, the defendants seek to schedule Mr. Clergeau's deposition and complete it by February 28, 2023.

**WHEREFORE,** the DOC defendants request an enlargement of time **to and including February 28, 2023** to conduct the plaintiff's deposition.

Respectfully submitted,

**NANCY ANKERS WHITE**
**Special Assistant Attorney General**

Dated: January 11, 2023

/s/Margaret S. Melville
Margaret S. Melville
B.B.O. #477970
Senior Litigation Counsel
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110
(617) 727-3300 x1149
Margaret.Melville@Massmail.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by First Class Mail at his address of record, and by complying with this Court's directives on electronic filing.

Dated: 1/11/2023                    Signed: /s/ Margaret S. Melville
                                            Margaret S. Melville