```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

                                    CIVIL ACTION No. 21-10136-LTS

**PERICLES CLERGEAU**, *pro se*
    **Plaintiff**

    **v.**

**MASSACHUSETTS DEPARTMENT OF CORRECTION**, **et al.**,
    **Defendants**

                           **ASSENTED-TO**

           **MOTION OF DEFENDANTS TO ENLARGE TIME**
              **TO TAKE PLAINTIFF'S DEPOSITION**

Defendants the Massachusetts Department of Correction, Commissioner Carol A. Micci, Dean Gray, Christopher Shaw, David Keeler, Steven Silva, and Alexander Lussier move this Court for an enlargement of time to take the plaintiff's deposition, to and including **April 29, 2023**. As reasons, the defendants state the following.

The Complaint brings claim based on the plaintiff-inmate's lengthy mental health history, correctional policies relating to seriously mentally ill inmates, and alleged uses of force. Originally, the plaintiff filed a *pro se* Complaint bringing claims under the Americans with Disabilities Act (ADA), 42 USC §12131, Retaliation under the ADA; the Eighth Amendment; and other claims. The plaintiff alleges almost daily conduct by the DOC defendants.

The Court previously stayed this action and unsuccessfully sought representation for the plaintiff from the Federal Pro Se Bar. On January 27 and February 3, 2023, for the first time, Clergeau obtained representation and his attorneys entered their appearances in this case.

Due to Clergeau's new counsel's schedules and the need to become fully informed in this case, including reviewing written discovery previously supplied to the plaintiff, along with undersigned counsel's schedule and unexpected sick leave, counsel has not been able to conduct Clergeau's deposition to date. Due to previously scheduled ten depositions in other cases, including but not limited to Sosa v. DOC, USDC 18-12223, the defendants seek to schedule Clergeau's deposition and complete it April 29, 2023.

The plaintiff's counsel assent to this motion.

**WHEREFORE,** the DOC defendants request an enlargement of time **to and including April 29, 2023** to conduct the plaintiff's deposition.

                Respectfully submitted,

                **NANCY ANKERS WHITE**
                **Special Assistant Attorney General**

Dated: February 28, 2023    /s/Margaret S. Melville
                Margaret S. Melville
                B.B.O. #477970
                Senior Litigation Counsel
                Department of Correction
                Legal Division
                70 Franklin Street, Suite 600
                Boston, MA  02110

(617) 727-3300 x1149  
Margaret.Melville@Massmail.state.ma.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se at his address of record, and by complying with this Court's directives on electronic filing.

Dated: 2/28/2023                         /s/ Margaret S. Melville  
                                              Margaret S. Melville