UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 21-10136

**PERICLES CLERGEAU,**
    **Plaintiff**

    **v.**

**MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,**
    **Defendants**

## ASSENTED-TO
## DEFENDANTS' MOTION TO CONTINUE HEARING

Defendants, Massachusetts Department of Correction, Carol Mici, Stephen Kenneway, Steven Silva, Dean Gray, Alexander Lussier, Christopher Shaw, Nicholas Polak, Thomas Evans, and David Keeler, **through counsel**, move this Honorable Court to **continue the scheduled November 17, 2023** hearing on summary judgment to a mutually available date agreeable to the Court, for the following reasons.

Undersigned counsel for the DOC defendants is unavailable to appear due to a pre-planned absence during which she will be out of the country from November 6 to November 21 and will be returning to work on November 27, 2023. Due to current understaffing in the DOC Legal Division, and the court schedules of the remaining attorneys, no other attorney is available to appear for the defendants on the scheduled date. The continuance would not likely affect the trial date in this matter.

Due to the unavailability of all counsel in this matter over the next months because of previously scheduled trials in other cases, the earliest mutually available dates for all counsel in this action are December 11, 13, 14, 1, 19, 2023, and January 3, 4, 10 and 11, 2024.

**Counsel for the plaintiff assents to this motion to continue.**

**For the foregoing reasons,** the defendants request that the Court continue the November 17, 2023 summary judgment hearing to one of the mutually available dates set forth in this motion as is agreeable to the Court.

Dated: October 23, 2023

Respectfully submitted,

The defendants,
Department of Correction, Carol Mici, Stephen Kenneway, Steven Silva, Dean Gray, Alexander Lussier, Christopher Shaw, Nicholas Polak, Thomas Evans, and David Keeler

**By their attorneys,**

NANCY ANKERS WHITE
Special Assistant Attorney General
 /s/Margaret S. Melville_____
Margaret S. Melville,
Senior Litigation Counsel
BBO No. 477970
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x1149
Margaret.Melville@massmail.state.ma.us

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.
Dated: 10/23/2023                                  Signed: /s/ Margaret S. Melville