# In the Matter of:

*Pericles Clergeau vs*

*Massachusetts Department of Correction, et. al.*

*Nicholas Polak*

*May 12, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        DISTRICT OF MASSACHUSETTS
 3   Civil Action No. 1:12-cv-10136-AK
 4   - - - - - - - - - - - - - - - -x
 5   PERICLES CLERGEAU,
 6        Plaintiff,
 7   v.
 8   MASSACHUSETTS DEPARTMENT OF
 9   CORRECTION, et al.,
10        Defendant.
11   - - - - - - - - - - - - - - - -x
12
13        DEPOSITION OF NICHOLAS POLAK
14        Conducted Remotely via Zoom
15     Souza-Baranowski Correctional Center
16             Shirley Road
17          Shirley, Massachusetts
18             May 12, 2023
19              10:07 a.m.
20
21   Daria L. Romano, RPR, CRR, and Notary Public
22
23
24
```

Page 2

```
 1   APPEARANCES VIA ZOOM:
 2
 3   SIMONS LAW OFFICE
 4   (by Natalie Sreca, Esq.
 5   Joseph B. Simons, Esq.)
 6   10 Post Office Square
 7   Boston, Massachusetts 02109
 8   (617) 544-9000
 9   natalie@jbsimonslaw.com
10   joseph@jbsimonslaw.com
11   Counsel for the Plaintiff.
12
13   LEGAL DIVISION, DEPARTMENT OF CORRECTION
14   (by Margaret Melville, Esq.)
15   70 Franklin Street
16   Boston, Massachusetts 02110
17   (617) 727-3300
18   margaret.melville@doc.state.ma.us
19   Counsel for the Defendants.
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2   Deposition of:              Page
 3   NICHOLAS POLAK
 4   By Ms. Sreca                 4
 5
 6
 7           E X H I B I T S
 8   No.                         Page
 9
10
11           NONE OFFERED
12
```

Page 4

```
 1           P R O C E E D I N G S
 2        MS. SRECA:  I guess for the
 3   record we'll just put on the same
 4   stipulations from before.  All objections,
 5   except for as to form, are reserved for
 6   trial; motions to strike are reserved until
 7   trial; there are no objections to the
 8   qualifications of the court reporter, and 30
 9   days to review and correct the transcript for
10   Mr. Polak here.
11        MS. MELVILLE:  And waive the
12   notary.
13        MS. SRECA:  And waive the notary.
14        MS. MELVILLE:  Yes, I agree.
15
16        NICHOLAS POLAK,
17
18   a witness having been satisfactorily
19   identified by the production of a Department
20   of Corrections ID, was first duly sworn, was
21   examined and testified as follows:
22
23        DIRECT EXAMINATION
24   BY MS. SRECA:
```

Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 3 of 16

| Pericles Clergeau vs | Nicholas Polak |
| --- | --- |
| Massachusetts Department of Correction, et. al. | May 12, 2023 |

Page 5

1  Q. Okay. Officer Polak, am I
2  pronouncing that correctly?
3  A. Polak.
4  Q. And can you just state your name for
5  the record again?
6  A. Sure. My first name is Nicholas
7  Michael, last name Polak.
8  Q. Okay. Have you ever been deposed
9  before?
10  A. Never.
11  Q. What did you do to prepare for
12  today's deposition?
13  A. I had a brief meeting with Margaret
14  the other day. I reviewed my report. And
15  that's about the extent of it.
16  Q. Okay. Aside from meeting with your
17  attorney, have you spoken to anybody else
18  about your deposition today?
19  A. No. My wife, if that counts. I
20  told her I had a deposition today.
21  Q. Okay. Did you speak to anybody
22  about the incident that we'll be discussing
23  in this deposition prior to today?
24  A. No.

Page 6

1  Q. Are you under the influence of any
2  drugs or alcohol?
3  A. No.
4  Q. Where do you currently work?
5  A. Northeastern Correctional Center in
6  Concord, Massachusetts.
7  Q. How long have you been at that
8  facility?
9  A. Since approximately 2019.
10  Q. And is that facility a part of the
11  Department of Corrections?
12  A. Yes, it is.
13  Q. I'm sorry, how long have you worked
14  there?
15  A. Approximately -- I mean, since 2019,
16  so going on four years now.
17  Q. How long have you been with the
18  Department of Corrections?
19  A. About 13 years total. 12, rather.
20  I'm sorry. 2023 from 2011. 12. I
21  apologize.
22  Q. It's still a long time.
23      All right. Have you worked at any
24  other DOC facilities in that 12-year period?

Page 7

1  A. Souza-Baranowski and Northeastern
2  Correctional Center are the only two I've
3  worked at.
4  Q. How long did you work at Souza?
5  A. Approximately eight years.
6  Q. Okay. Did you have any other jobs
7  before joining the DOC, or is this your first
8  career?
9  A. No, I've had multiple jobs.
10  Immediately prior to my employment with the
11  Department of Corrections I was doing
12  concrete foundation work, but I've been
13  employed in various capacities. Before that
14  I obtained a college degree prior to entering
15  the Department of Corrections.
16  Q. And what's your degree in?
17  A. Criminal justice.
18  Q. And when did you join DOC?
19  A. 2011.
20  Q. And did you go directly to Souza
21  after all of your training?
22  A. Yes, I did.
23  Q. All right. What's your current
24  shift schedule?

Page 8

1  A. I currently work 7 to 3. I have
2  Wednesday and Thursday off.
3  Q. Okay. And at Northeastern, are you
4  assigned to any particular unit?
5  A. No, my assignment varies.
6  Q. So when you -- prior to becoming a
7  corrections officer, did you receive any
8  training through DOC?
9  A. Yes, I did. I attended the training
10  academy, which was -- I believe it was seven
11  weeks when I was there. It was originally
12  scheduled longer, but due to the department's
13  needs at the time it was cut down short, and
14  then we went to the facilities.
15  Q. Have you received any additional
16  training since you began working for DOC?
17  A. I receive a yearly in-service
18  training through the department. Other than
19  that, there are various mandatory trainings
20  that come up from time to time as things
21  change in the department, but that's it.
22  Q. Okay. What does the yearly service
23  training involve?
24  A. It varies from year to year, but it

Page 9

1  generally involves a component of use of
2  force, it involves a component of, you know,
3  generally dealing with mentally ill inmates,
4  de-escalation tactics.
5       It's -- it's essentially a review of
6  the training we receive in the academy and
7  updates to the -- to the training, you know,
8  yearly, I guess.
9    Q.  Okay.  Have you received any
10 specific training about dealing with mentally
11 ill inmates?
12   A.  I'm sure I have.  I can't recall a
13 specific training module for you, but I'm
14 sure there's been components of it that I
15 received at various points in my career and
16 the trainings.
17   Q.  Okay.  Do you recall receiving any
18 training like that prior to 2018?
19   A.  I couldn't -- I couldn't be honest
20 with you to recall telling you yes or no on
21 that.
22   Q.  All right.  Have you ever been the
23 subject of an internal affairs investigation
24 or any other investigation or disciplinary

Page 10

1  proceeding regarding misconduct?
2    A.  I've been accused of various things
3  at internal affairs, or our superintendent's
4  investigator will question on me from time to
5  time, accusations generally from inmates.  I
6  believe most of them were all unfounded.
7       I don't believe I've had any
8  discipline that's been long lasting on my
9  record.
10   Q.  During your time as a corrections
11 officer, have you witnessed misconduct by any
12 other corrections officer or by other staff?
13   A.  Only in video reviews.  Never
14 myself.
15   Q.  Have you ever reported any other
16 staff or COs for misconduct?
17   A.  No.
18   Q.  Okay.  Have you ever reported any
19 inmates for violence against COs or staff?
20   A.  I would say probably, yes.  I can't
21 recall a specific instance, but I'm sure
22 there has been a time in my career I've
23 written a report regarding an inmate
24 assaulting an officer.

Page 11

1    Q.  Could you -- do you have a rough
2  estimate about maybe how many times you've
3  written up an inmate for violence against a
4  CO?
5    A.  I honestly don't.  I couldn't give
6  you a good number.  I would be just guessing.
7    Q.  Okay.  All right.  Are you familiar
8  with a Mr. Pericles Clergeau?
9    A.  Only from this incident.
10   Q.  So he was an inmate at Souza while
11 you were employed there, while you were
12 working there?
13   A.  Yes.
14   Q.  And besides the incident we're about
15 to discuss, do you recall having any other
16 interactions with him or encountering him at
17 all?
18   A.  I don't recall having any
19 interactions before or after this incident
20 with -- with him.  I wasn't familiar with
21 this inmate prior to the incident.  There may
22 have been an interaction, but it would have
23 been a routine in passing.  There was nothing
24 that I can recall that stands out.

Page 12

1    Q.  Nothing memorable?
2    A.  Nothing.
3    Q.  Have you ever escorted him through
4  Souza at any point either during this
5  incident or before or after?
6    A.  Yes, I escorted him during this
7  incident.  I don't recall before or after.
8  It's possible, but I don't recall before or
9  after ever escorting him.
10   Q.  No memorable interactions with him
11 that stick out to you besides this incident?
12   A.  No.
13   Q.  Okay.  During the time that you were
14 escorting Mr. Clergeau, did you speak to him
15 at all or have any conversation with him?
16   A.  I don't recall.  I'm sure there was
17 some dialog exchanged.  We generally attempt
18 to de-escalate once an inmate's in restraints
19 from an incident of this nature.  We
20 generally tell them, "It's over with.  It's
21 time to calm down," that sort of thing, but I
22 don't recall any specific dialog with
23 Mr. Clergeau.
24   Q.  All right.  So that takes us to

Page 13

1  June 30, 2018.
2     Q.  Do you remember working that day?
3     A.  I do.
4     Q.  Okay.  Do you remember what shift
5  you were on?
6     A.  7 to 3.
7     Q.  All right.  Who was your partner
8  assigned for that day?
9     A.  I don't recall.
10    Q.  Do you recall any other officers who
11 were working that day with you?
12    A.  I don't.
13    Q.  All right.  And were you assigned to
14 a particular unit that day?
15    A.  I believe I was in the G1 housing
16 unit.
17    Q.  Okay.  And do you recall where this
18 incident took place?
19    A.  I believe the P1 housing unit.
20    Q.  And what kind of unit is the P1
21 housing unit?
22    A.  General population.
23    Q.  Do you know if Souza has a unit
24 specified for inmates with mental health?

Page 14

1     A.  At the time I believe we had the RTU
2  and the J1 housing unit, and we had what was
3  called the Secure Treatment Program on the
4  third floor.  I believe those were our two
5  mental health units at the time.
6     Q.  Okay.  And what does STP stand for?
7     A.  Secure Treatment Program, I believe.
8     Q.  Are you aware of whether
9  Mr. Clergeau has a serious mental illness?
10    A.  I'm not.
11    Q.  Okay.  Have you ever worked --
12 during your time at Souza, did you work for
13 RTU unit or the STP unit at any time?
14    A.  I did.
15    Q.  Do you know if DOC has any policies
16 regarding specialized training for working
17 mental health units?
18    A.  I don't know if they existed at the
19 time.  If they did, they were probably
20 limited to the officers that were regularly
21 assigned to those units.
22        My capacity in those units would
23 have only been to fill in for a brief shift
24 or here or there as needed.  I didn't -- I

Page 15

1  didn't regularly work those units.
2     Q.  So just covering for other officers?
3     A.  Most likely.  I mean, I could have
4  been subject to an assignment for the day by
5  the shift commander to go into that unit, but
6  like I said, I was never regularly assigned
7  to either unit.
8     Q.  Are you aware of whether DOC has any
9  specialized training that's required now to
10 work on any specialized units for mental
11 health?
12    A.  I believe they do.
13    Q.  Okay.  Have you received any of that
14 training?
15    A.  It's possible.  It would have been
16 part of my yearly in-service training.  I
17 haven't been specifically assigned to that
18 training.
19    Q.  All right.  So going back to
20 June 30, 2018.  Do you recall at what point
21 you arrived at the P1 unit?
22    A.  I recall the call coming over the
23 radio, and I immediately ran out of my unit
24 and responded to the P1 unit.

Page 16

1     Q.  Okay.  And what was the call that
2  you were responding to?
3     A.  An officer needs assistance, I
4  believe.
5     Q.  All right.  And what did you observe
6  when you arrived on the unit?
7     A.  There was inmates out on the flats
8  area unsecured.  I recall -- I think I
9  actually ran past the incident itself at
10 first.
11        My concern was there were more
12 inmates involved.  I did see them, I think,
13 near the officer station struggling with
14 Inmate Clergeau.  Officer Lussier, I believe.
15        I ran past the incident at first, I
16 believe, to the flats area.  I thought there
17 was possibly more inmates involved.  It turns
18 out there wasn't.
19        Once the inmates were secured, I
20 then returned to the area where the
21 altercation was taking place.
22    Q.  Okay.  And what did you do when you
23 returned to where the altercation was?
24    A.  I believe I relieved Officer Lussier

Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 6 of 16

| Pericles Clergeau vs | Nicholas Polak |
| --- | --- |
| Massachusetts Department of Correction, et. al. | May 12, 2023 |

Page 17

1  who was holding Inmate Clergeau down.
2    Q.  And where was Mr. Clergeau at that
3  point?
4    A.  I believe he was laying in what we
5  refer to as the back room near the officer
6  station on the floor.
7    Q.  Was Mr. Clergeau confined in any way
8  at that point?
9    A.  I don't recall.  I believe he was in
10 wrist restraints, but I don't recall.
11   Q.  Okay.  And where is the back room in
12 relation to the officer station?
13   A.  Directly next to it.  It's sort
14 of -- it's right next to the officer station.
15   Q.  All right.  Was Mr. Clergeau at any
16 other point confined in any other way besides
17 wrist restraints?
18   A.  I believe we applied leg restraints
19 when they became available.
20   Q.  And do you recall about how long
21 after you arrived at the unit that leg
22 restraints were available?
23   A.  I don't.  I don't want to be
24 guessing.

Page 18

1    Q.  Did you see any force used against
2  Mr. Clergeau?
3    A.  Holding him down, I guess that would
4  be force.  But as far as that, no.
5    Q.  Okay.  So you didn't see any other
6  officers hitting or punching Mr. Clergeau?
7    A.  No.
8    Q.  Okay.  But you did say you saw them
9  struggling?
10   A.  I believe initially, when I ran in
11 the unit.
12   Q.  Okay.  All right.  And did you use
13 any force against Mr. Clergeau?
14   A.  I don't recall.  Certainly no
15 strikes.  If I did, it was pain compliance
16 techniques during the escort.
17   Q.  All right.  So, again, can you just
18 describe for me from what you recall from the
19 time that you entered the unit until the time
20 that the use of force ended.
21   A.  Sure.
22       I entered the unit, secured the
23 inmates that were unsecured in the unit.
24 Retuned to the area where the altercation

Page 19

1  originated.  I believe I saw Officer Lussier
2  injured.  I went in and said, "Hey, you know,
3  step out.  I'll take over."
4       From there Officer Shaw was on the
5  floor.  I believe he was knocked unconscious
6  during the incident, so there was medical
7  staff attending to him.  I think lieutenants
8  had a standby with Inmate Clergeau until
9  Officer Shaw was, I guess, evacuated from the
10 unit.
11      At that time we stood Clergeau up,
12 escorted him up to the HSU to be scene by
13 medical and mental health staff and inner
14 perimeter security, which is standard
15 practice.
16      From there they determined he was
17 going to be sent to a hospital.  We secured
18 him in, I believe, a holding cell in the HSU,
19 removed his restraints, and that was the end
20 of my interaction with him.
21   Q.  Did anything unusual happen during
22 the escort that you can recall?
23   A.  No.
24   Q.  Okay.  Do you know about how many

Page 20

1  COs responded to the unit?
2    A.  I don't.  I'd be guessing.
3    Q.  Okay.  Do you recall how many COs
4  participated in regaining control of
5  Mr. Clergeau?
6    A.  I don't.  Again, I'd be guessing.
7    Q.  Okay.  You recall that you and
8  Officer Lussier were definitely a part of
9  that regaining control?
10   A.  Yes, ma'am.
11   Q.  Okay.  Can you describe what you saw
12 happening between Mr. Clergeau and Officer
13 Lussier when you arrived?
14   A.  I think initially I'd have to --
15 this is -- my memory is not great.  I have
16 essentially snapshots of this incident.  I
17 don't have a fluid memory of it any longer.
18 It's been a long time, but I believe
19 initially when I arrived in the unit, Officer
20 Lussier was standing with the inmate in what
21 appeared to be a headlock sort of thing.  And
22 I ran past, and that was about all I saw
23 about that interaction because I ran past it.
24   Q.  Okay.  And then when you returned to

Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 7 of 16

| Pericles Clergeau vs | Nicholas Polak |
| --- | --- |
| Massachusetts Department of Correction, et. al. | May 12, 2023 |

Page 21

1  provide assistance, can you describe what was
2  happening between Officer Lussier and
3  Mr. Clergeau?
4     A.  Yeah.  There was more than just
5  Officer Lussier holding him down.  There was
6  a few other officers, I believe, in the back
7  room there.  Officer Lussier looked like he
8  had been injured, looked like he had blood on
9  his face, and that's why I chose to relieve
10 him.
11    Q.  Okay.  And do you remember anything
12 about what Mr. Clergeau was doing at the
13 time?
14    A.  He was face down being held down by
15 other correctional officers.
16    Q.  Okay.  How would you describe
17 Mr. Clergeau at that point?
18    A.  Not compliant but I would say no
19 longer an immediate threat to staff.  He was,
20 I believe, injured himself and again not
21 compliant but not -- not assaulting staff any
22 longer.
23    Q.  Okay.  Are you familiar with the
24 use-of-force pyramid?

Page 22

1     A.  I am.
2     Q.  Okay.  Can you describe that for me?
3     A.  It essentially allows staff to go
4  one level above whatever force is being used
5  to qualify service.  So I guess if an officer
6  is being assaulted, which could potentially
7  lead to the death of the officer, he's
8  justified in using deadly force at that point
9  in time.
10        There's other points where you're
11 justified in using deadly force, if an inmate
12 is attempting to escape and some other
13 situations, but essentially the pyramid is a
14 guide, not -- not essentially a -- I guess
15 a -- what's the right word?  It's more of a
16 guide.  It's not -- it doesn't give you a
17 clear use of force that you can use in every
18 scenario.
19    Q.  Okay.  Is it fair to say that it's a
20 tool that helps you determine what type of
21 force might be appropriate based on an
22 inmate's actions?
23    A.  Sure.
24    Q.  Is it something that you consider

Page 23

1  when determining what type of force to use in
2  the moment?
3     A.  I generally think you rely on your
4  training when you make decisions
5  spontaneously, but a lot of times spontaneous
6  decisions are just that, they're spontaneous
7  and you're reacting.  And your training
8  certainly comes into play, but ultimately
9  your threat perception in every situation is
10 different and your reaction is going to be
11 different to every threat perception.
12    Q.  Do you know how many levels of the
13 use-of-force pyramid there are?
14    A.  I want to say four or five.
15    Q.  Okay.  And do you remember what any
16 of those levels are?
17    A.  Let's see.  I want to say -- so
18 there's -- I'm trying to think back to my
19 training here.  I'm sorry, could you just
20 repeat the question one more time?
21    Q.  Yeah.
22        Do you remember what any of the
23 specific levels of the pyramid are?
24    A.  Certainly.  The top is deadly force.

Page 24

1  The second from the top would be, I guess,
2  nonlethal force but, you know, force such as
3  strikes, potentially chemical agents.  Below
4  that I would think you would have essentially
5  pain compliance techniques, like a wrist
6  lock, that sort of thing.  And below that you
7  generally just are attempting to de-escalate
8  the inmate with verbal commands.
9     Q.  Okay.  Are you -- do you know
10 whether a use-of-force report was completed
11 in reference to this incident?
12    A.  I'm sure it was.
13    Q.  Okay.  Have you read it?  Have you
14 seen it?
15    A.  My own report, yes, I certainly
16 have.
17    Q.  Okay.  But not a specific
18 use-of-force report?
19    A.  Well, my -- my understanding is each
20 officer submits his own use-of-force report
21 to an incident, and then there's --
22 essentially the supervisor that was the
23 on-scene commander will kind of put together
24 what's called a packet of all the reports

Page 25

1  and -- and I think a more comprehensive
2  report from him of the incident.
3     Q.  Okay.  Did you have an opportunity
4  to review any report from a superior for the
5  packet?
6     A.  It's possible I have in the past.  I
7  haven't recently.
8     Q.  Okay.  Are you aware of any
9  de-escalation techniques that have been used
10 in this incident?
11    A.  Once I arrived, they were already
12 hands-on with the inmate, so I believe the
13 de-escalation at that point was, you know, no
14 longer valid, no longer an option.
15    Q.  So you mentioned there were inmates
16 on the unit?
17    A.  Yes.
18    Q.  Do you know about how many?
19    A.  Again, I'd just be guessing.  It's
20 been so long since the incident.
21    Q.  And aside from the wrist restraints,
22 do you recall witnessing any other officers
23 using force on Mr. Clergeau?
24    A.  Again, there were officers holding

Page 26

1  him down when I got into the room.  That's
2  about the extent of the force I remember
3  being used.
4     Q.  You wrote a report on this incident;
5  is that right?
6     A.  I did, yes.
7     Q.  Okay.  How soon after the incident
8  did you write the report?
9     A.  I would generally -- I would think
10 the same day.  It's standard practice.
11    Q.  Okay.  Did you speak with any of the
12 other officers about the incident before
13 writing the report?
14    A.  Our practice at the time was we
15 generally held a debriefing after the
16 incident where the captain or the on-scene
17 commander of the incident would give us the
18 time that the incident occurred, the time
19 restraints were removed, the time the
20 incident was called in, all times that --
21 these times have to be included in the
22 report.  That's why I say that.  And we
23 usually review the video prior to writing our
24 report at the time I believe was the

Page 27

1  practice.
2     Q.  And then these debriefings, are all
3  of the officers involved in the incident
4  present for the debriefing?
5     A.  They generally try to get as many
6  that were there as possible.  It's not always
7  possible, but they attempt it.
8     Q.  Okay.  And do you generally -- in
9  these debriefings, do you all discuss the
10 incident or just the times or -- what's the
11 conversation like in these debriefings?
12    A.  Generally the captain will say, you
13 know, "At such-and-such a time the incident
14 occurred.  It was called in at this time.
15 That's the time we're all using for our
16 reports."
17       And then they would also -- you
18 know, if there was some training that could
19 be gathered from the video itself, if there
20 was some corrective action that the superior
21 officers thought would be helpful going
22 forward, they would sometimes address it.
23 Other times it would just be a very brief
24 meeting where they issued us times, we'd each

Page 28

1  write down the times and go back to our
2  respective units and areas to write our
3  reports where we could find a computer that
4  was open.
5     Q.  Okay.  Did you speak with any
6  officers about the incident after writing
7  your report?
8     A.  I don't recall.  It's possible.  I
9  don't recall.
10    Q.  And you mentioned you reviewed video
11 during the debriefing, so there are videos of
12 the incident that you're aware of?
13    A.  I don't specifically recall
14 reviewing the video during this debriefing.
15 I was more getting at it was fairly standard
16 that they would show the videos.  It's
17 possible they did show me the video, I just
18 don't recall.
19    Q.  Okay.  Did you -- besides the
20 debriefing, did you speak with any superiors
21 prior to writing the report?
22    A.  I don't recall.
23       MS. SRECA:  We want to take a few
24 minutes just to review and see if we have any

Page 29

1  follow-up questions, or Margo, if you have
2  any questions.
3          MS. MELVILLE:  No, I have no
4  questions, but we can take a break.  Five
5  minutes, you said?
6          MS. SRECA:  Sure, five minutes.
7          MS. MELVILLE:  All right.
8          (Recess taken)
9  BY MS. SRECA:
10     Q.  We just have a few more questions.
11         Going back to the escort, where --
12  where did you take Mr. Clergeau?
13     A.  From the unit P1 to the hospital
14  services unit on the third floor.
15     Q.  Okay.  About how long is that walk?
16     A.  In minutes?
17     Q.  Yes.
18     A.  Maybe one minute.  I would be
19  guessing.
20     Q.  So it's not a far walk from the P1
21  unit to the HSU?
22     A.  It's -- I mean, it's probably
23  several hundred yards involved.  You're
24  waiting for the elevator or you're taking

Page 30

1  three flights of stairs, and that's --
2  that's, I would say, a considerable walk, but
3  it's not miles.
4     Q.  Do you recall if you took the
5  elevator or the stairs?
6     A.  I don't.
7     Q.  And when you got to the HSU, what
8  happened next?
9     A.  He was seen by medical staff, I
10  would assume by mental health, inner
11  perimeter security.
12         Once they all cleared him, he was
13  brought to the holding cell and restraints
14  were removed, and that was the end of my
15  contact with him.
16     Q.  And remind me, do you recall who was
17  a part of the escort with you?
18     A.  I believe it was Officer Sampson.
19     Q.  Do you recall any exchange of words
20  between Mr. Clergeau and Officer Sampson?
21     A.  I don't recall.
22     Q.  Okay.  What was -- can you describe
23  Mr. Clergeau's demeanor during the escort?
24     A.  Again, I don't recall specifics, but

Page 31

1  I did write in my report that he was
2  noncompliant.  I believe he was trying to
3  walk -- you know, pushing back into us, not
4  following orders to walk normally and
5  essentially not making the escort easy.
6     Q.  Okay.  And I think you had mentioned
7  before that Mr. Clergeau had sustained some
8  injuries.  Do you recall any of those
9  injuries?
10     A.  I don't know specifics.  I think he
11  was bleeding from his facial head area, but I
12  don't -- I don't know what his specific
13  injuries were.
14     Q.  Did he seem unsteady on his feet?
15     A.  Again, he seemed like he was
16  intentionally trying to make the escort
17  difficult by leaning back into us, not, you
18  know, walking in a normal manner.
19     Q.  Do you recall if he was complaining
20  about any of the injuries?
21     A.  I don't recall.
22     Q.  After the incident, you know, in the
23  days after, however long after, did you ever
24  ask any of the officers what happened that

Page 32

1  led to the incident?
2     A.  I believe I did at some point
3  because I recall that it was over, I think,
4  count.  When he was doing the major count,
5  there was an issue with seeing into Inmate
6  Clergeau's cell.  I believe that's what
7  sparked the initial, I guess, disagreement,
8  if you will, between the officer who was
9  assaulted and Inmate Clergeau.
10     Q.  Okay.  Can you describe what you had
11  been told about that?
12     A.  I described -- I mean, I just did.
13  It's my understanding that there was an issue
14  when the officer was doing major count.
15         In many of the units the inmates at
16  the time were hanging what we refer to as
17  curtains.  They were essentially sheets that
18  blocked the officer's view into the cell.
19         It would be my guess that that was
20  probably the issue that the officer had with
21  Inmate Clergeau on that given day.
22     Q.  Okay.  Do you remember which officer
23  it was that had -- that was a part of that
24  initial issue?

## Page 33

1  A.  I think it was Officer Shaw.
2  Q.  Do you remember who told you that or
3  how you -- how you found out that
4  information?
5  A.  I don't recall.  Generally after an
6  assault of this nature, staff are speaking
7  about it amongst themselves occasionally in
8  the institution.  I'm sure I overheard it at
9  some point.
10      MS. SRECA: Joe, do you have any
11 other questions?
12      MR. SIMONS: No, I think that
13 covers it.  Thanks.
14      MS. MELVILLE: I have no
15 questions.
16      THE STENOGRAPHER: Margaret, do
17 you want a copy of the transcript?
18      MS. MELVILLE: I want a copy of
19 the transcript like I ordered before.
20      THE STENOGRAPHER: Okay.
21      MS. SRECA: Yes, we would as
22 well.
23      (Whereupon the deposition was
24 suspended at 10:56 a.m.)

## Page 34

1  ERRATA SHEET DISTRIBUTION INFORMATION
2  DEPONENT ERRATA & SIGNATURE INSTRUCTIONS
3  ERRATA SHEET DISTRIBUTION INFORMATION
4
5     The original of the Errata Sheet has been
6  delivered to Margaret Melville, Esq.
7     When the Errata Sheet has been completed
8  by the deponent and signed, a copy thereof
9  should be delivered to each party of record
10 and the ORIGINAL forwarded to Natalie Sreca,
11 Esq., to whom the original deposition
12 transcript was delivered.
13      INSTRUCTIONS TO DEPONENT
14    After reading this volume of your
15 deposition, please indicate any corrections
16 or changes to your testimony and the reasons
17 therefor on the Errata Sheet supplied to you
18 and sign it.  DO NOT make marks or notations
19 on the transcript volume itself.  Add
20 additional sheets if necessary.  Please refer
21 to the above instructions for Errata Sheet
22 distribution information.
23
24

## Page 35

1  ATTACH TO DEPOSITION OF: Nicholas Polak
   CASE:  Clergeau v. Department of Correction
2  DATE TAKEN:  May 12, 2023
3        ERRATA SHEET
   Please refer to Page 34 for Errata Sheet
4  instructions and distribution instructions.
5  Page Line          Correction/Reason
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18    I have read the foregoing transcript of
   my deposition, and except for any corrections
19 or changes noted above, I hereby subscribe to
   the transcript as an accurate record of the
20 statements made by me.
21 Executed this_____day of_____, 2023.
22      _____
         NICHOLAS POLAK
23
24

## Page 36

1  COMMONWEALTH OF MASSACHUSETTS)
2  SUFFOLK, SS.             )
3
4     I, Daria L. Romano, RPR, CRR and Notary
5  Public in and for the Commonwealth of
6  Massachusetts, do hereby certify that there
7  came before me remotely on the 12th day of
8  May, 2023, at 10:07 a.m., the person
9  hereinbefore named, who was duly sworn by me,
10 and that such deposition is a true record of
11 the testimony given by the witness.
12    I further certify that I am neither
13 related to nor employed by any of the parties
14 or counsel to this action, nor am I
15 financially interested in the outcome of this
16 action.
17    In witness whereof, I have hereunto set
18 my hand and seal this 15th day of May, 2023.
19        *Daria Romano*
20        _____
21        Notary Public
22        My Commission Expires
23        February 5, 2027
24

Pericles Clergeau vs
Massachusetts Department of Correction, et. al.
Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 11 of 16
Nicholas Polak
May 12, 2023

**1**

**12**
  6:19,20
**12-year**
  6:24
**13**
  6:19

**2**

**2011**
  6:20 7:19
**2018**
  9:18 13:1 15:20
**2019**
  6:9,15
**2023**
  6:20

**3**

**3**
  8:1 13:6
**30**
  4:8 13:1 15:20

**7**

**7**
  8:1 13:6

**A**

**academy**
  8:10 9:6
**accusations**
  10:5
**accused**
  10:2
**action**
  27:20
**actions**
  22:22
**additional**
  8:15
**address**
  27:22
**affairs**
  9:23 10:3
**agents**
  24:3

**agree**
  4:14
**alcohol**
  6:2
**altercation**
  16:21,23 18:24
**apologize**
  6:21
**appeared**
  20:21
**applied**
  17:18
**approximately**
  6:9,15 7:5
**area**
  16:8,16,20 18:24
**areas**
  28:2
**arrived**
  15:21 16:6 17:21
  20:13,19 25:11
**assaulted**
  22:6
**assaulting**
  10:24 21:21
**assigned**
  8:4 13:8,13 14:21
  15:6,17
**assignment**
  8:5 15:4
**assistance**
  16:3 21:1
**attempt**
  12:17 27:7
**attempting**
  22:12 24:7
**attended**
  8:9
**attending**
  19:7
**attorney**
  5:17
**aware**
  14:8 15:8 25:8 28:12

**B**

**back**
  15:19 17:5,11 21:6
  23:18 28:1 29:11
**based**
  22:21

**began**
  8:16
**blood**
  21:8
**break**
  29:4

**C**

**call**
  15:22 16:1
**called**
  14:3 24:24 26:20
  27:14
**calm**
  12:21
**capacities**
  7:13
**capacity**
  14:22
**captain**
  26:16 27:12
**career**
  7:8 9:15 10:22
**cell**
  19:18
**Center**
  6:5 7:2
**change**
  8:21
**chemical**
  24:3
**chose**
  21:9
**clear**
  22:17
**Clergeau**
  11:8 12:14,23 14:9
  16:14 17:1,2,7,15
  18:2,6,13 19:8,11
  20:5,12 21:3,12,17
  25:23 29:12
**college**
  7:14
**commander**
  15:5 24:23 26:17
**commands**
  24:8
**completed**
  24:10
**compliance**
  18:15 24:5

**compliant**
  21:18,21
**component**
  9:1,2
**components**
  9:14
**comprehensive**
  25:1
**computer**
  28:3
**concern**
  16:11
**Concord**
  6:6
**concrete**
  7:12
**confined**
  17:7,16
**control**
  20:4,9
**conversation**
  12:15 27:11
**correct**
  4:9
**correctional**
  6:5 7:2 21:15
**corrections**
  4:20 6:11,18 7:11,15
  8:7 10:10,12
**corrective**
  27:20
**correctly**
  5:2
**COS**
  10:16,19 20:1,3
**counts**
  5:19
**court**
  4:8
**covering**
  15:2
**Criminal**
  7:17
**current**
  7:23
**cut**
  8:13

**D**

**day**
  5:14 13:2,8,11,14

Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 12 of 16

Pericles Clergeau vs                                                                                                      Nicholas Polak
Massachusetts Department of Correction, et. al.                                                                           May 12, 2023

15:4 26:10
**days**
  4:9
**de-escalate**
  12:18 24:7
**de-escalation**
  9:4 25:9,13
**deadly**
  22:8,11 23:24
**dealing**
  9:3,10
**death**
  22:7
**debriefing**
  26:15 27:4 28:11,14,
  20
**debriefings**
  27:2,9,11
**decisions**
  23:4,6
**degree**
  7:14,16
**department**
  4:19 6:11,18 7:11,15
  8:18,21
**department's**
  8:12
**deposed**
  5:8
**deposition**
  5:12,18,20,23
**describe**
  18:18 20:11 21:1,16
  22:2
**determine**
  22:20
**determined**
  19:16
**determining**
  23:1
**dialog**
  12:17,22
**DIRECT**
  4:23
**directly**
  7:20 17:13
**disciplinary**
  9:24
**discipline**
  10:8
**discuss**
  11:15 27:9

**discussing**
  5:22
**DOC**
  6:24 7:7,18 8:8,16
  14:15 15:8
**drugs**
  6:2
**due**
  8:12
**duly**
  4:20

———————
        **E**
———————
**elevator**
  29:24
**employed**
  7:13 11:11
**employment**
  7:10
**encountering**
  11:16
**end**
  19:19
**ended**
  18:20
**entered**
  18:19,22
**entering**
  7:14
**escape**
  22:12
**escort**
  18:16 19:22 29:11
**escorted**
  12:3,6 19:12
**escorting**
  12:9,14
**essentially**
  9:5 20:16 22:3,13,14
  24:4,22
**estimate**
  11:2
**evacuated**
  19:9
**EXAMINATION**
  4:23
**examined**
  4:21
**exchanged**
  12:17
**existed**

14:18
**extent**
  5:15 26:2

———————
        **F**
———————
**face**
  21:9,14
**facilities**
  6:24 8:14
**facility**
  6:8,10
**fair**
  22:19
**fairly**
  28:15
**familiar**
  11:7,20 21:23
**fill**
  14:23
**find**
  28:3
**flats**
  16:7,16
**floor**
  14:4 17:6 19:5 29:14
**fluid**
  20:17
**follow-up**
  29:1
**force**
  9:2 18:1,4,13,20
  22:4,8,11,17,21
  23:1,24 24:2 25:23
  26:2
**form**
  4:5
**forward**
  27:22
**foundation**
  7:12

———————
        **G**
———————
**G1**
  13:15
**gathered**
  27:19
**General**
  13:22
**generally**
  9:1,3 10:5 12:17,20
  23:3 24:7 26:9,15

27:5,8,12
**give**
  11:5 22:16 26:17
**good**
  11:6
**great**
  20:15
**guess**
  4:2 9:8 18:3 19:9
  22:5,14 24:1
**guessing**
  11:6 17:24 20:2,6
  25:19 29:19
**guide**
  22:14,16

———————
        **H**
———————
**hands-on**
  25:12
**happen**
  19:21
**happening**
  20:12 21:2
**headlock**
  20:21
**health**
  13:24 14:5,17 15:11
  19:13
**held**
  21:14 26:15
**helpful**
  27:21
**helps**
  22:20
**Hey**
  19:2
**hitting**
  18:6
**holding**
  17:1 18:3 19:18 21:5
  25:24
**honest**
  9:19
**honestly**
  11:5
**hospital**
  19:17 29:13
**housing**
  13:15,19,21 14:2
**HSU**
  19:12,18 29:21

Pericles Clergeau vs                                                                                      Nicholas Polak
Massachusetts Department of Correction, et. al.                                                           May 12, 2023
Case 1:21-cv-10136-AK   Document 96   Filed 11/04/23   Page 13 of 16

**hundred**
  29:23

___

**I**

**ID**
  4:20
**identified**
  4:19
**ill**
  9:3,11
**illness**
  14:9
**immediately**
  7:10 15:23
**in-service**
  8:17 15:16
**incident**
  5:22 11:9,14,19,21
  12:5,7,11,19 13:18
  16:9,15 19:6 20:16
  24:11,21 25:2,10,20
  26:4,7,12,16,17,18,
  20 27:3,10,13 28:6,
  12
**included**
  26:21
**influence**
  6:1
**initially**
  18:10 20:14,19
**injured**
  19:2 21:8,20
**inmate**
  10:23 11:3,10,21
  16:14 17:1 19:8
  20:20 22:11 24:8
  25:12
**inmate's**
  12:18 22:22
**inmates**
  9:3,11 10:5,19 13:24
  16:7,12,17,19 18:23
  25:15
**instance**
  10:21
**interaction**
  11:22 19:20 20:23
**interactions**
  11:16,19 12:10
**internal**
  9:23 10:3

**investigation**
  9:23,24
**investigator**
  10:4
**involve**
  8:23
**involved**
  16:12,17 27:3 29:23
**involves**
  9:1,2
**issued**
  27:24

___

**J**

**J1**
  14:2
**jobs**
  7:6,9
**join**
  7:18
**joining**
  7:7
**June**
  13:1 15:20
**justice**
  7:17
**justified**
  22:8,11

___

**K**

**kind**
  13:20 24:23
**knocked**
  19:5

___

**L**

**lasting**
  10:8
**laying**
  17:4
**lead**
  22:7
**leg**
  17:18,21
**level**
  22:4
**levels**
  23:12,16,23
**lieutenants**
  19:7

**limited**
  14:20
**lock**
  24:6
**long**
  6:7,13,17,22 7:4
  10:8 17:20 20:18
  25:20 29:15
**longer**
  8:12 20:17 21:19,22
  25:14
**looked**
  21:7,8
**lot**
  23:5
**Lussier**
  16:14,24 19:1 20:8,
  13,20 21:2,5,7

___

**M**

**make**
  23:4
**mandatory**
  8:19
**Margaret**
  5:13
**Margo**
  29:1
**Massachusetts**
  6:6
**medical**
  19:6,13
**meeting**
  5:13,16 27:24
**MELVILLE**
  4:11,14 29:3,7
**memorable**
  12:1,10
**memory**
  20:15,17
**mental**
  13:24 14:5,9,17
  15:10 19:13
**mentally**
  9:3,10
**mentioned**
  25:15 28:10
**Michael**
  5:7
**minute**
  29:18

**minutes**
  28:24 29:5,6,16
**misconduct**
  10:1,11,16
**module**
  9:13
**moment**
  23:2
**motions**
  4:6
**multiple**
  7:9

___

**N**

**nature**
  12:19
**needed**
  14:24
**Nicholas**
  4:16 5:6
**nonlethal**
  24:2
**Northeastern**
  6:5 7:1 8:3
**notary**
  4:12,13
**number**
  11:6

___

**O**

**objections**
  4:4,7
**observe**
  16:5
**obtained**
  7:14
**occurred**
  26:18 27:14
**officer**
  5:1 8:7 10:11,12,24
  16:3,13,14,24 17:5,
  12,14 19:1,4,9 20:8,
  12,19 21:2,5,7 22:5,
  7 24:20
**officers**
  13:10 14:20 15:2
  18:6 21:6,15 25:22,
  24 26:12 27:3,21
  28:6
**on-scene**
  24:23 26:16

open
  28:4
opportunity
  25:3
option
  25:14
originally
  8:11
originated
  19:1

_____
         P
_____

P1
  13:19,20 15:21,24
  29:13,20
packet
  24:24 25:5
pain
  18:15 24:5
part
  6:10 15:16 20:8
participated
  20:4
partner
  13:7
passing
  11:23
past
  16:9,15 20:22,23
  25:6
perception
  23:9,11
Pericles
  11:8
perimeter
  19:14
period
  6:24
place
  13:18 16:21
play
  23:8
point
  12:4 15:20 17:3,8,16
  21:17 22:8 25:13
points
  9:15 22:10
Polak
  4:10,16 5:1,3,7
policies
  14:15

population
  13:22
possibly
  16:17
potentially
  22:6 24:3
practice
  19:15 26:10,14 27:1
prepare
  5:11
present
  27:4
prior
  5:23 7:10,14 8:6
  9:18 11:21 26:23
  28:21
proceeding
  10:1
production
  4:19
Program
  14:3,7
pronouncing
  5:2
provide
  21:1
punching
  18:6
put
  4:3 24:23
pyramid
  21:24 22:13 23:13,
  23

_____
         Q
_____

qualifications
  4:8
qualify
  22:5
question
  10:4 23:20
questions
  29:1,2,4,10

_____
         R
_____

radio
  15:23
ran
  15:23 16:9,15 18:10
  20:22,23

reacting
  23:7
reaction
  23:10
read
  24:13
recall
  9:12,17,20 10:21
  11:15,18,24 12:7,8,
  16,22 13:9,10,17
  15:20,22 16:8 17:9,
  10,20 18:14,18
  19:22 20:3,7 25:22
  28:8,9,13,18,22
receive
  8:7,17 9:6
received
  8:15 9:9,15 15:13
receiving
  9:17
recently
  25:7
recess
  29:8
record
  4:3 5:5 10:9
refer
  17:5
reference
  24:11
regaining
  20:4,9
regularly
  14:20 15:1,6
relation
  17:12
relieve
  21:9
relieved
  16:24
rely
  23:3
remember
  13:2,4 21:11 23:15,
  22 26:2
removed
  19:19 26:19
repeat
  23:20
report
  5:14 10:23 24:10,15,
  18,20 25:2,4 26:4,8,

13,22,24 28:7,21
reported
  10:15,18
reporter
  4:8
reports
  24:24 27:16 28:3
required
  15:9
reserved
  4:5,6
respective
  28:2
responded
  15:24 20:1
responding
  16:2
restraints
  12:18 17:10,17,18,
  22 19:19 25:21
  26:19
Retuned
  18:24
returned
  16:20,23 20:24
review
  4:9 9:5 25:4 26:23
  28:24
reviewed
  5:14 28:10
reviewing
  28:14
reviews
  10:13
room
  17:5,11 21:7 26:1
rough
  11:1
routine
  11:23
RTU
  14:1,13

_____
         S
_____

satisfactorily
  4:18
scenario
  22:18
scene
  19:12
schedule

7:24
**scheduled**
  8:12
**Secure**
  14:3,7
**secured**
  16:19 18:22 19:17
**security**
  19:14
**service**
  8:22 22:5
**services**
  29:14
**Shaw**
  19:4,9
**shift**
  7:24 13:4 14:23 15:5
**short**
  8:13
**show**
  28:16,17
**situation**
  23:9
**situations**
  22:13
**snapshots**
  20:16
**sort**
  12:21 17:13 20:21
  24:6
**Souza**
  7:4,20 11:10 12:4
  13:23 14:12
**Souza-baranowski**
  7:1
**speak**
  5:21 12:14 26:11
  28:5,20
**specialized**
  14:16 15:9,10
**specific**
  9:10,13 10:21 12:22
  23:23 24:17
**specifically**
  15:17 28:13
**spoken**
  5:17
**spontaneous**
  23:5,6
**spontaneously**
  23:5

**SRECA**
  4:2,13,24 28:23
  29:6,9
**staff**
  10:12,16,19 19:7,13
  21:19,21 22:3
**stand**
  14:6
**standard**
  19:14 26:10 28:15
**standby**
  19:8
**standing**
  20:20
**stands**
  11:24
**state**
  5:4
**station**
  16:13 17:6,12,14
**step**
  19:3
**stick**
  12:11
**stipulations**
  4:4
**stood**
  19:11
**STP**
  14:6,13
**strike**
  4:6
**strikes**
  18:15 24:3
**struggling**
  16:13 18:9
**subject**
  9:23 15:4
**submits**
  24:20
**such-and-such**
  27:13
**superintendent's**
  10:3
**superior**
  25:4 27:20
**superiors**
  28:20
**supervisor**
  24:22
**sworn**
  4:20

_____
         **T**
_____
**tactics**
  9:4
**takes**
  12:24
**taking**
  16:21 29:24
**techniques**
  18:16 24:5 25:9
**telling**
  9:20
**testified**
  4:21
**thing**
  12:21 20:21 24:6
**things**
  8:20 10:2
**thought**
  16:16 27:21
**threat**
  21:19 23:9,11
**Thursday**
  8:2
**time**
  6:22 8:13,20 10:4,5,
  10,22 12:13,21 14:1,
  5,12,13,19 18:19
  19:11 20:18 21:13
  22:9 23:20 26:14,18,
  19,24 27:13,14,15
**times**
  11:2 23:5 26:20,21
  27:10,23,24 28:1
**today**
  5:18,20,23
**today's**
  5:12
**told**
  5:20
**tool**
  22:20
**top**
  23:24 24:1
**total**
  6:19
**training**
  7:21 8:8,9,16,18,23
  9:6,7,10,13,18 14:16
  15:9,14,16,18 23:4,
  7,19 27:18

**trainings**
  8:19 9:16
**transcript**
  4:9
**Treatment**
  14:3,7
**trial**
  4:6,7
**turns**
  16:17
**type**
  22:20 23:1

_____
         **U**
_____
**ultimately**
  23:8
**unconscious**
  19:5
**understanding**
  24:19
**unfounded**
  10:6
**unit**
  8:4 13:14,16,19,20,
  21,23 14:2,13 15:5,
  7,21,23,24 16:6
  17:21 18:11,19,22,
  23 19:10 20:1,19
  25:16 29:13,14,21
**units**
  14:5,17,21,22 15:1,
  10 28:2
**unsecured**
  16:8 18:23
**unusual**
  19:21
**updates**
  9:7
**use-of-force**
  21:24 23:13 24:10,
  18,20

_____
         **V**
_____
**valid**
  25:14
**varies**
  8:5,24
**verbal**
  24:8
**video**
  10:13 26:23 27:19

28:10,14,17
**videos**
  28:11,16
**violence**
  10:19 11:3

---
### W
---

**waiting**
  29:24
**waive**
  4:11,13
**walk**
  29:15,20
**Wednesday**
  8:2
**weeks**
  8:11
**wife**
  5:19
**witnessed**
  10:11
**witnessing**
  25:22
**word**
  22:15
**work**
  6:4 7:4,12 8:1 14:12
  15:1,10
**worked**
  6:13,23 7:3 14:11
**working**
  8:16 11:12 13:2,11
  14:16
**wrist**
  17:10,17 24:5 25:21
**write**
  26:8 28:1,2
**writing**
  26:13,23 28:6,21
**written**
  10:23 11:3
**wrote**
  26:4

---
### Y
---

**yards**
  29:23
**year**
  8:24
**yearly**
  8:17,22 9:8 15:16

**years**
  6:16,19 7:5