UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERICLES CLERGEAU,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTION, et al.,<br>    Defendants. | No. 1:21-cv-10136-AK |

## DEFENDANTS' MOTION TO CONTINUE TRIAL

Pursuant to Local Rule 40.3, the Department of Correction, Carol Mici, Stephen Kenneway, Steven Silva, Dean Gray, Alexander Lussier, Christopher Shaw, Nicholas Polak, Thomas Evans, and David Keeler,[1] defendants in the above matter, move to continue the jury trial currently scheduled for March 18, 2024. As grounds, Defendants state as follows:

1. This case concerns Plaintiff Pericles Clergeau's allegation that he was assaulted by correctional staff at Souza Baranowski Correctional Center.

2. On December 14, 2023, the Court held a hearing on Defendants' summary judgment motion. (Docket No. 102).

3. This case is currently marked for trial by jury on March 18, 2024. (Docket No. 104).

4. Since the beginning of this case, the above defendants have been represented by Attorney Margaret Melville of the Massachusetts Department of Correction's Legal Division.

5. On January 19, 2024, Attorney Melville retired from the Massachusetts Department of Correction's Legal Division.

6. An assented to motion seeking leave of court to withdraw has been filed on Attorney Melville's behalf. (Docket No. 106).

---

[1] Undersigned counsel does not represent Joseph Sampson.

7. Defendants' successor counsel, Richard Gordon, has noticed his appearance, ensuring that Defendants have legal representation in this civil action.

8. Defendants move that the trial be continued to a later date that is convenient to the Court and all parties because undersigned successor counsel is sole counsel of record to a group of DOC defendants in the matter of <u>Snell v. Descoteaux, et al.</u>, No. 1:20-cv-12093-NMG (USDC D. Mass.). The <u>Snell</u> matter, a 2020 case which is before the Honorable Nathaniel Gorton, is presently marked for trial by jury in US District Court on March 18, 2024, the same exact day that this case is marked for trial. <u>Snell</u>, No. 1:20-cv-12093-NMG at Docket No. 290 (setting <u>Snell</u> case for trial).

9. Moreover, the <u>Snell</u> matter involves an inmate's claim that the DOC and its medical vendor have failed to provide adequate medical treatment. Numerous medical co-defendants that are employed by Wellpath, LLC, the DOC's contractual medical vendor, are represented by private counsel.

10. The Court enjoys broad discretion in the realm of trial continuances. <u>Macaulay v. Anas</u>, 321 F.3d 45, 49 (1st Cir. 2003). Under Local Rule 40.3, a motion for the continuance of a trial "will be granted only for good cause."

11. Good cause for a continuance exists in the matter at bar.

12. First, due to the above scheduling conflict, which only recently became apparent due to Attorney Melville's retirement, Defendants' request a continuance to a later date that is convenient to the Court and all parties.

13. Second, undersigned successor counsel was only recently assigned to this case. As such, a continuance will provide extra time for counsel to introduce himself to his clients and prepare for trial, assuming that Plaintiff's claims survive summary judgment.

14. Third, this is the first continuance requested by either party.

15. Fourth, undersigned counsel has conferred with counsel for Plaintiff Pericles Clergeau, who informs undersigned counsel that they do not object to a continuance. The parties have also conferred over potential dates, and are both available to reschedule during the following periods:

    a. May 6-10, 2024;

    b. May 13-17, 2024;

    c. May 21-24, 2024;

    d. June 3-7, 2024; and

    e. June 24-28, 2024.

WHEREFORE, the Department of Correction, Carol Mici, Stephen Kenneway, Steven Silva, Dean Gray, Alexander Lussier, Christopher Shaw, Nicholas Polak, Thomas Evans, and David Keeler, defendants in the above matter, request that the Court continue the trial until a date that is convenient for the Court and all parties.

                                  Respectfully submitted,

                                  NANCY ANKERS WHITE
                                Special Assistant Attorney General

Dated: January 23, 2024          /s/ Richard E. Gordon
                                Richard E. Gordon, BBO #678741
                                Department of Correction-Legal Division
                                70 Franklin Street, Suite 600
                                Boston, MA 02110
                                617-727-3300
                                Richard.Gordon@DOC.State.MA.US

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 23, 2024                                          /s/ Richard E. Gordon
                                                                                   Richard E. Gordon, BBO #678741