# USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | PERICLES CLERGEAU | COURT CASE NUMBER<br>21-10136-LTS |
|---|---|---|
| DEFENDANT | JOSEPH R. SAMPSON | TYPE OF PROCESS<br>SERVICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DOC LEGAL DIVISION ATTN: MARGARET MELVILLE, 70 FRANKLIN ST
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
SUITE 600, BOSTON, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PERICLES CLERGEAU
P.O. BOX 8000
SHIRLEY, MA 01464

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

THIS DEFENDANT'S HOME ADDRESS IS UNDER SEAL AND SHALL BE SERVED SUMMONS AT THE DOC LEGAL DIV.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 7/30/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 86 | District to Serve No. 86 | Signature of Authorized USMS Deputy or Clerk | Date 8/11/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Kara Morello-Quinn DOC Legal Div. Paralegal

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 11/8/21  Time 11:05 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 1.12 | | 66.12 | | |

REMARKS: 1 DUSM 2 miles Rd trip

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PERICLES CLERGEAU

*Plaintiff*

v.

Civil Action No.: **1:21-CV-10136-LTS**

DEPARTMENT OF CORRECTION, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joseph R. Sampson
70 Franklin St. Suite 600
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Francis Castilla**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2021-03-26 15:04:57, Clerk USDC DMA

Civil Action No.: 1:21-CV-10136-LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Atta Margaret Melville DOC Legal**
was received by me on (date) **10-25-21**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Kara Mavello-Quinn**, who is designated by law to accept service of process on behalf of (name of organization) **DOC Legal** on (date) **11-8-21** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

**11-8-21**
Date

_____
Server's Signature

**Michael Hughes C/DUSM**
Printed name and title

**1 Courthouse Way 1-500 Boston, MA 02210**
Server's Address

Additional information regarding attempted service, etc: